UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Lavern Charles Fast Horse,<br><br>    Petitioner<br><br>v.<br><br>State of Nevada, et al.,<br><br>    Respondents | 2:16-cv-00749-JAD-CWH<br><br>**Order Dismissing and Closing Case** |

Pretrial detainee Lavern Charles Fast Horse has submitted a 28 USC § 2241 petition to challenge his confinement at the Clark County Detention Center, but he has not paid the filing fee or submitted an application to proceed *in forma pauperis* and supporting documentation as required by 28 USC § 1915(a)(2) and Local Rule LSR 1-2. Accordingly, this action is **DISMISSED** without prejudice to Fast Horse's ability to bring a new action.[1] He is instructed that if he wishes to bring a new action, he must pay the filing fee in full or submit a completed application to proceed *in forma pauperis* with a signed financial certificate and a statement of his inmate account. The Clerk of Court is instructed to send Fast Horse a blank application to proceed *in forma pauperis* for incarcerated litigants and CLOSE THIS CASE.

Dated this 13th day of April, 2016.

_____
Jennifer A. Dorsey
United States District Judge

---

[1] A cursory review of the petition shows that petitioner is a pretrial detainee and thus the one-year period of limitation under 28 U.S.C. § 2244(d) applies. Dismissal of this action will not affect the timeliness of a new action.